## MOTION TO DISMISS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Rustam Kalganov, Plaintiff,
v.
Diana Kulikova Ivanova, Defendant.
Case No. 2:25-cv-06526-FMO-KS

DEFENDANT'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS (FRCP 12(b)(5))

Defendant, Diana Kulikova Ivanova, respectfully moves this Court to dismiss the Complaint filed by Plaintiff Rustam Kalganov pursuant to Federal Rule of Civil Procedure 12(b)(5), on the grounds of insufficient service of process.

1. Plaintiff filed the Complaint in July 2025.
2. Defendant resides in Latvia and did not receive any service of process within the timeframe required by Rule 4(m).
3. The first and only delivery of documents occurred in Latvia by a bailiff in September–October 2025, well beyond the period required for timely service.
4. Prior to this, Defendant only became aware of the lawsuit through notifications from YouTube and attempted to respond by email to the Court, which is not proper service or filing under the Federal Rules.
5. As a result, Plaintiff has failed to effect proper service of process in accordance with FRCP Rule 4.

PRAYER FOR RELIEF
For these reasons, Defendant respectfully requests that this Court dismiss the Complaint against her pursuant to Rule 12(b)(5).

Respectfully submitted,
Date: October 05, 2025

_____

Diana Kulikova Ivanova
Pro Se Defendant
Slokas iela 29–35
Jurmala, LV-2015, Latvia
Email: dianakulikova107@gmail.com

FILED
CLERK, U.S. DISTRICT COURT
10/4/25
CENTRAL DISTRICT OF CALIFORNIA
BY    CS    DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM